FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 13, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SOPHIA ALEXSANDRA BRETT LAFERRIERE, a.k.a. SCOTT LAFERRIERE, DOC #323638,<br><br>Plaintiff,<br><br>v.<br><br>GRIEVANCE/RESOLUTION DEPARTMENT and STRAND,<br><br>Defendants. | No.   2:21-cv-00316-SMJ<br><br>**ORDER DISMISSING ACTION** |

On November 4, 2021, Plaintiff Sophia Alexsandra Brett LaFerriere, a.k.a. Scott LaFerriere, a prisoner at the Airway Heights Corrections Center, filed a *pro se* civil rights complaint under 42 U.S.C. § 1983, ECF No. 1. Plaintiff did not pay the filing fee or properly apply to proceed *in forma pauperis* under the Prison Litigation Reform Act, 28 U.S.C. § 1915. Specifically, Plaintiff did not comply with 28 U.S.C. § 1915(a)(2), which requires a prisoner seeking to bring a civil action without prepayment of the filing fee to submit a certified copy of his or her trust fund account statement (or institutional equivalent) for the six months immediately preceding the filing of the complaint.

ORDER DISMISSING ACTION – 1

By letter dated November 4, 2021, the Clerk's Office advised Plaintiff of this deficiency. ECF No. 3. On December 13, 2021, this Court ordered Plaintiff to submit a certified copy of Plaintiff's six-month inmate trust account statement (or institutional equivalent) for the period immediately preceding November 4, 2021, within **thirty days** of the date of that Order. ECF No. 5. In the alternative, Plaintiff could have paid the full $402.00 filing fee. *Id.* The Court cautioned Plaintiff that the failure to comply with either of these options would result in the dismissal of this case. *Id.* Plaintiff neither paid the filing fee nor submitted the six-month inmate trust account statement (or institutional equivalent) by the deadline.

Accordingly, **IT IS HEREBY ORDERED**:

1. This action is **DISMISSED WITHOUT PREJUDICE** for failure to pay the filing fee or comply with the *in forma pauperis* requirements of 28 U.S.C. §§ 1914, 1915.

2. The Clerk's Office is directed to **ENTER JUDGMENT** and **CLOSE** the file.

//
//
//
//
//

ORDER DISMISSING ACTION – 2

**3.** The Court certifies any appeal of this dismissal would not be taken in good faith.

**IT IS SO ORDERED**. The Clerk's Office is directed to enter this Order and provide copies to *pro se* Plaintiff.

**DATED** this 13th day of January 2022.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER DISMISSING ACTION – 3